## Rose Meling, Appellee, v. Anna Klimczuk, Appellant.
### Gen. No. 45,748.

Joseph Lustfield, for appellant; Hugh R. Porter, for appellee; Harry O. Fins, of counsel. Opinion by JUSTICE SCHWARTZ. Not to be published in full. Opinion filed October 28, 1952; released for publication December 9, 1952.

## James Bishop, Appellee, v. Metropolitan Mutual Assurance Company of Chicago, Appellant.
### Gen. No. 45,759.

James B. Cashin, for appellant; Thomas P. Harris, and Edward B. Toles, of counsel; Feldman & Feldman, for appellee; David H. Feldman, Burton A. Feldman, and Sidney Shalowitz, of counsel. Opinion by JUSTICE SCHWARTZ. Not to be published in full. Opinion filed October 28, 1952; released for publication December 9, 1952.